UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
FELMAN, SETH E                      §    Case No. 08-33634 CAD
                                    §
            Debtor(s)               §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____$^2$.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 08-33634 | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FELMAN, SETH E | | Date Filed (f) or Converted (c): | 12/09/08 (f) |
| | | | 341(a) Meeting Date: | 01/21/09 |
| For Period Ending: | 09/08/13 | | Claims Bar Date: | 04/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1852 Mission Hills Ln., Unit 10B, Northbrook, IL  Property sold at foreclosure sale | 389,000.00 | 0.00 | | 0.00 | FA |
| 2. 862 W. Lill, Unit 8, Chicago, IL  Stay Modified per order | 430,000.00 | 0.00 | | 0.00 | FA |
| 3. 968 Stonegate, Highland Park, IL  former marital residence, no equity | 430,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods and Furnishings  (1/2 interest-located in former marital residence) | 25,000.00 | 0.00 | | 2,500.00 | FA |
| 6. household goods in debtor's possession | 750.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Baron Woods, LLC 30% interest | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. Blue Leave Investments, Inc., 100% of stock | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Donald Thomas, LLC 25% interest | Unknown | 0.00 | OA | 0.00 | FA |
| 11. Drew-Mason, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. J. Ruffman, LLC--30% interest | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 13. Jack F. Kellogg, LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 14. Jacqueline Madigan, LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 15. Owens K. Thomas, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 16. Thmas K. Owens - 12.5% interest | Unknown | 0.00 | OA | 0.00 | FA |
| 17. Other Contingent Unliquidated Claim  James Levin, Debt owed, gross balance of $35,000, collectibility questionable (per schedules) | Unknown | 0.00 | | 0.00 | FA |
| 18. 2006 Mercedes SL 500 | 55,000.00 | 0.00 | | 0.00 | FA |
| 19. 2007 GMC Denali  leased (under spouse's name) | 0.00 | 0.00 | | 0.00 | FA |

Case 08-33634   Doc 70   Filed 11/13/13   Entered 11/13/13 10:50:43   Desc Main
Document      Page 4 of 14

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 08-33634 | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FELMAN, SETH E | | Date Filed (f) or Converted (c): | 12/09/08 (f) |
| | | | 341(a) Meeting Date: | 01/21/09 |
| | | | Claims Bar Date: | 04/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. 2007 GMC Sierra 4x4 | 40,000.00 | 0.00 | | 0.00 | FA |
| 21. 2007 Honda Odyssey (leased) | 0.00 | 0.00 | | 0.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.74 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,390,350.00 | $0.00 | | $2,500.74 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired attorneys; Tustee obtained court authority to sell estate's interest in miscellaneous personal property; Trustee investigated assets and possible interest in LLCs holding real estate; Trustee determined no value to estate and abandonned per court order 6/26/13; Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 09/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | FELMAN, SETH E | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6367 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 09/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/10 | 5 | DDH Consulting LLC<br>926 Waterford Lane<br>Northbrook  IL  60062 | Ex-Spouse's Purchase of Personalty | 1129-000 | 2,500.00 | | 2,500.00 |
| 05/28/10 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 2,500.02 |
| 06/30/10 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,500.09 |
| 07/30/10 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,500.15 |
| 08/31/10 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,500.22 |
| 09/30/10 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,500.28 |
| 10/29/10 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,500.34 |
| 11/30/10 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,500.41 |
| 12/31/10 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,500.47 |
| 01/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,500.53 |
| 02/28/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.55 |
| 03/16/11 | | Transfer to Acct #*******6836 | Bank Funds Transfer | 9999-000 | | 3.48 | 2,497.07 |
| 03/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,497.09 |
| 04/29/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,497.11 |
| 05/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,497.13 |
| 06/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,497.15 |
| 07/29/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,497.17 |
| 08/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,497.19 |
| 09/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,497.21 |
| 10/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,497.23 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.18 | 2,494.05 |
| 11/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,494.07 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.07 | 2,491.00 |
| 12/14/11 | 22 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,491.01 |
| 12/14/11 | | Transfer to Acct #*******6836 | Final Posting Transfer<br>To close MM in order to have one estate account | 9999-000 | | 2,491.01 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 17.02f

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | FELMAN, SETH E | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6367  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 09/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6367

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 2,500.00 | 0 | Checks | 0.00 |
| 20 | Interest Postings | 0.74 | 2 | Adjustments Out | 6.25 |
| | | | 2 | Transfers Out | 2,494.49 |
| | Subtotal | $ 2,500.74 | | Total | $ 2,500.74 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 2,500.74 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-33634 -CAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | FELMAN, SETH E | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6836 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9022 | | |
| For Period Ending: | 09/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6367 | Bank Funds Transfer | 9999-000 | 3.48 | | 3.48 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | 2300-000 | | 3.48 | 0.00 |
| | | 701 Poydras Street #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 12/14/11 | | Transfer from Acct #*******6367 | Transfer In From MMA Account | 9999-000 | 2,491.01 | | 2,491.01 |
| | | | To close MM in order to have one estate account | | | | |
| 12/29/11 | | Transfer to Acct #*******2871 | Bank Funds Transfer | 9999-000 | | 2,491.01 | 0.00 |

| | Account *******6836 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | | 0.00 | 1 | Checks | 3.48 |
| 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | Subtotal | $ 0.00 | 1 | Transfers Out | 2,491.01 |
| | | | | | Total | $ 2,494.49 |
| 0 | Adjustments In | | 0.00 | | | |
| 2 | Transfers In | | 2,494.49 | | | |
| | | Total | $ 2,494.49 | | | |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | FELMAN, SETH E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2871  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 09/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******6836 | Bank Funds Transfer | 9999-000 | 2,491.01 | | 2,491.01 |
| 02/07/12 | 001001 | International Sureties  701 Poydras Street  #420  New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 1.97 | 2,489.04 |
| 02/07/13 | 001002 | International Sureties  701 Poydras Street  #420  New Orleans, LA 70139 | Bond Premium Payment  BOND # 016026455 | 2300-000 | | 2.01 | 2,487.03 |
| * 03/11/13 | | CONGRESSIONAL BANK  6500 Rock Spring Drive, Suite 300  Bethesda, MD 20817 | Monthly Bank Service Fee  TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 2,497.03 |
| 03/11/13 | | CONGRESSIONAL BANK  6500 Rock Spring Drive, Suite 300  Bethesda, MD 20817 | Monthly Bank Service Fee  TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 2,487.03 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee  Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 2,477.03 |
| 04/22/13 | | CONGRESSIONAL BANK  6500 Rock Spring Drive, Suite 300  Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 2,467.03 |
| 05/22/13 | | CONGRESSIONAL BANK  6500 Rock Spring Drive, Suite 300  Bethesda, MD 20817 | Monthly Bank Service Fee  Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 2,457.03 |

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-33634 -CAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | FELMAN, SETH E | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2871 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9022 | | |
| For Period Ending: | 09/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 10.00 | 2,447.03 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 2,437.03 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 2,427.03 |

| Account *******2871 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 2 | Checks | 3.98 |
| | 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 60.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 63.98 |
| | 2 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 2,491.01 | | | |
| | | Total | $ 2,491.01 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 17.02f

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | FELMAN, SETH E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2871 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 09/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 2,500.00 | 3 | Checks | 7.46 |
| | 20 | Interest Postings | 0.74 | 8 | Adjustments Out | 66.25 |
| | | | | 3 | Transfers Out | 4,985.50 |
| | | Subtotal | $ 2,500.74 | | Total | $ 5,059.21 |
| | 2 | Adjustments In | 0.00 | | | |
| | 3 | Transfers In | 4,985.50 | | | |
| | | Total | $ 7,486.24 | | Net Total Balance | $ 2,427.03 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 08, 2013 |

Case Number: 08-33634
Debtor Name: FELMAN, SETH E

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street<br>Suite 200<br>Chicago, Illinois  60602 | Administrative | | $625.19 | $0.00 | $625.19 |
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $17,848.00 | $0.00 | $17,848.00 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Administrative | | $5.45 | $5.45 | $0.00 |
| | Subtotal for Priority 001 | | | $18,478.64 | $5.45 | $18,473.19 |
| 000001<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | (1-1) CREDIT CARD DEBT | $5,226.28 | $0.00 | $5,226.28 |
| 000002<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $19,370.93 | $0.00 | $19,370.93 |
| 000003<br>070<br>7100-00 | American Express Travel Related Services<br>Co, Inc<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (3-1) CREDIT CARD DEBT | $5,864.20 | $0.00 | $5,864.20 |
| 000004<br>070<br>7100-00 | Associated Currency Exchange<br>Barr Management<br>6408 N. Western Ave<br>Chicago, IL 60645 | Unsecured | | $400.00 | $0.00 | $400.00 |
| 000005<br>070<br>7100-00 | Timothy J Howard<br>Howard & Howard Attys PLLC<br>Centrue Bank<br>211 Fulton St Ste 600<br>Peoria IL 61602 | Unsecured | (5-1) Modified Address 4/6/10 | $1,613,919.53 | $0.00 | $1,613,919.53 |
| | Subtotal for Priority 070 | | | $1,644,780.94 | $0.00 | $1,644,780.94 |
| 000006<br>080<br>7200-00 | Leon A. Felman Family Trust<br>150 Carondelet Plaza #2901<br>Clayton MO 63105-3456 | Unsecured | | $3,700,000.00 | $0.00 | $3,700,000.00 |
| | Subtotal for Priority 080 | | | $3,700,000.00 | $0.00 | $3,700,000.00 |
| | Case Totals: | | | $5,363,259.58 | $5.45 | $5,363,254.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-33634 CAD
Case Name: FELMAN, SETH E
Trustee Name: Joseph A. Baldi

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000002 | Chase Bank USA NA | $ | $ | $ |
| 000003 | American Express Travel Related Services | $ | $ | $ |
| 000004 | Associated Currency Exchange | $ | $ | $ |
| 000005 | Timothy J Howard | $ | $ | $ |

Total to be paid to timely general unsecured creditors                $_____

Remaining Balance                                                    $_____

Tardily filed claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Leon A. Felman Family Trust | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE