# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                   §
                                         §
FELMAN, SETH E                           §    Case No. 08-33634
                                         §
         Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
> 10:30 a.m., on Thursday, December 12, 2013
> in Courtroom  742, U.S. Courthouse
> 219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____              By: Kenneth Gardner_____
                                               Clerk of Bankruptcy Court

*Joseph A. Baldi*
*Suite 200*
*20 N. Clark St.*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| FELMAN, SETH E | § | Case No. 08-33634 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 2,500.74 |
| and approved disbursements of | $ | 73.71 |
| leaving a balance on hand of[1] | $ | 2,427.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Joseph A. Baldi | $ 625.19 | $ 0.00 | $ 82.14 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 17,683.00 | $ 0.00 | $ 2,323.21 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 165.00 | $ 0.00 | $ 21.68 |
| Other: International Sureties | $ 5.45 | $ 5.45 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,427.03 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,644,780.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCAST Settlement Corporation, assignee | $ 5,226.28 | $ 0.00 | $ 0.00 |
| 000002 | Chase Bank USA NA | $ 19,370.93 | $ 0.00 | $ 0.00 |
| 000003 | American Express Travel Related Services | $ 5,864.20 | $ 0.00 | $ 0.00 |
| 000004 | Associated Currency Exchange | $ 400.00 | $ 0.00 | $ 0.00 |
| 000005 | Timothy J Howard | $ 1,613,919.53 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,700,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Leon A. Felman Family Trust | $ 3,700,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*Suite 200*
*20 N. Clark St.*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-33634-CAD
Seth E Felman                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: mrahmoun              Page 1 of 2              Date Rcvd: Nov 14, 2013
                            Form ID: pdf006           Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2013.
```
db          #+Seth E Felman,    862 W. Lill - Unit 8,    Chicago, IL 60614-8589
14965158    +860-62 W LILL CONDO ASSOC,    1819 W GRAND AVE STE 200,    CHICAGO IL 60622-8535
12943974    +Aa Action Collection,   Re: Sage Medical,    517 S Livingston Ave,    Livingston, NJ 07039-4349
12943975    +Acorn Property Management,    1819 W. Grand Ave, Suite 200,    Chicago, IL 60622-8535
12943976    +Affiliated Accep Crp,    14443 N State Highway 5,    Sunrise Beach, MO 65079-6983
12943977    +Allison Dubois Felman,    968 Stonegate,    Highland Park, IL 60035-5147
14975036     American Express Travel Related Services,   Co, Inc,    POB 3001,    Malvern, PA 19355-0701
12943978    +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
12943981    +Associated Currency Exchange,    Barr Management,    6408 N. Western Ave,    Chicago, IL 60645-5422
12943983    +Baron's Creditor's Services Corp,    Re: Harris NA,    155 Revere Dr, Suite 9,
              Northbrook, IL 60062-1558
12943984    +Beneficial/hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
12943985    +Best Buy,    P.O. Box 17051,    Baltimore, MD 21297-1051
12943986    +Bk Of Amer,    Pob 17054,    Wilmington, DE 19884-0001
12943987    +Brickyard Bank,    6676 N Lincoln Ave,    Lincolnwood, IL 60712-3621
14965160    +CHICAGO AUSTIN CURRENCY EXCHANGE,    2531 QUEENS WAY,    NORTHBROOK IL 60062-6542
12943995    +CTLTC,    4240 Paysphere Circle,    Chicago, IL 60674-0042
12943990    +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
12943989    +Chase,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
14967768     Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
12943991    +Chicago Title Land Trust Company,    171 N Clark St,    Suite 575,    Chicago, IL 60601-3368
12943993    +Counseling Connections,    31480 N. Highway 45,    Libertyville, IL 60048-9444
12943994    +Countrywide Home Loans,    450 American St,    Simi Valley, CA 93065-6285
12943996   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,     P.O. Box 9001069,    Louisville, KY  40290)
12943997    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12943972    +Felman Seth E,    862 W Lill - Unit 8,    Chicago, IL 60614-8589
12943999    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
12944001    +Great Lakes Currency Exchange,    832 W. Fullerton Ave,    Chicago, IL 60614-2413
14965161    +HARRIS NA,    PO BOX 94033,    PALATINE IL 60094-4033
12944003     HFC,    P.O. Box 17574,    Baltimore, MD  21297-1574
12944002    +Harris N.A.,    P.O. Box 94033,    Palatine, IL 60094-4033
12944004    +Howard & Howrd Attorneys PC,    One Technology Plaza,    211 Fulton Street, Suite 600,
              Peoria, IL 61602-1350
12944005    +Howard Rosenfeld,    Rosenfeld, Hafron, Shapiro & Farmer,    221 N. LaSalle, Suite 1763,
              Chicago, IL 60601-1461
12944006    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12944007    +Hsbc/saks,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
12944009    +Illinois Collection Se,   Re: St. Joseph Hospital,    8231 185th St Ste 100,
              Tinley Park, IL 60487-9356
12944010    +Indymac Bank,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
12944011     Indymac Bank FSB,    C/O Codilis & Associates,    15 W. 030 North Frontage Rd, Suite 100,
              Park Ridge, IL  60527
12944012    +J.C. Christensen & Associates, Inc.,   Re: Hazelden,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
12944013     Leon A. Felman Family Trust,    150 Carondelet Plaza #2901,    Clayton MO  63105-3456
12944014    +Leonard Saltzman DDS,    225 E. Deerpath Road,    Lake Forest, IL 60045-1973
12944015    +Mission Hills Condominium T-F Assoc.,    C/O Michael C. Kim,    19 S. LaSalle, Suite 303,
              Chicago, IL 60603-1245
12944016    +Mission-Brook Sanitary District,    P.O. Box 2362,    Northbrook, IL 60065-2362
12944017     People's Gas,    Chicago, IL  60687-0001
12944018    +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
12944020    +Rnb-fields3,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
12944021    +Rose Gomez M.D.P.C.,    875 N. Michigan Ave,    Suite 3710,    Chicago, IL 60611-1946
12943973   #+Thomas W Drexler,    77 W Washington St Ste 1910,    Chicago, IL 60602-3176
12943988    +Timothy J Howard,    Howard & Howard Attys PLLC,    Centrue Bank,    211 Fulton St Ste 600,
              Peoria IL 61602-1350
12944022     Tnb - Target,    C/o Target Credit Services,    Minneapolis, MN  55440
12944023   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,     Illinois-Chicago Indirect Lending,    P.O. Box 790179,
              St. Louis, MO  63179)
12944026    +Wells Fargo Bank,    711 W Broadway Rd,    Tempe, AZ 85282-1218
12944027    +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
14959268     eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12943982     E-mail/Text: Bankruptcy@icsystem.com Nov 15 2013 00:50:23     AT&T/Cingular,
              C/O I.C. System Inc.,    444 Highway 96 E,    Saint Paul, MN  55127-2557
12943976    +E-mail/Text: aacbankruptcynotice@affiliated.org Nov 15 2013 00:51:19     Affiliated Accep Crp,
              14443 N State Highway 5,    Sunrise Beach, MO 65079-6983
12943979    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Nov 15 2013 00:51:37     Armor Systems Co,
              Re: City Of Highland Park,    1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
12943980    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Nov 15 2013 00:51:37     Armor Systems Co,
              Re: Deerfield Police Department,    1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
```

```
District/off: 0752-1            User: mrahmoun              Page 2 of 2                   Date Rcvd: Nov 14, 2013
                                Form ID: pdf006             Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12943992      E-mail/Text: legalcollections@comed.com Nov 15 2013 00:51:31      ComEd,   Bill Payment Center,
               Chicago, IL  60668-0002
12944000     +E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2013 00:49:12      G M A C,   P O Box 9001951,
               Louisville, KY 40290-1951
12944008     +E-mail/Text: Bankruptcy@icsystem.com Nov 15 2013 00:50:23      I.C. System, Inc.,   P.O. Box 64378,
               St. Paul, MN 55164-0378
14965159     +E-mail/Text: ndaily@ksnlaw.com Nov 15 2013 00:49:49      KOVITZ SHIFRIN NESBIT,
               750 LAKE COOK RD STE 350,   BUFFALO GROVE IL 60089-2086
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12943998     ##+East Bank Club,   Lock Box 4452,   Carol Stream, IL 60197-4452
12944019     ##+Picker And Associates,   1110 Lake Cook Rd,   Suite 301,   Buffalo Grove, IL 60089-1992
12944024     ##+Washington Mutual,   P.O. Box 9001123,   Louisville, KY 40290-1123
12944025     ##+Wells Fargo,   P.O. Box 98791,   Las Vegas, NV 89193-8791
                                                                                             TOTALS: 0, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2013 at the address(es) listed below:
          Donna  Rizzuto    on behalf of Creditor    Centrue drizzuto@howardandhoward.com,
           kperez@howardandhoward.com
          Donna  Rizzuto    on behalf of Creditor    Centrue Bank drizzuto@howardandhoward.com,
           kperez@howardandhoward.com
          Donna B Wallace    on behalf of Trustee Joseph A Baldi, Tr dbwallace@ameritech.net
          Elizabeth C Berg    on behalf of Trustee Joseph A Baldi, Tr ecberg@ameritech.net
          Joel P Fonferko    on behalf of Creditor    Wells Fargo Auto Finance Inc. ND-One@il.cslegal.com
          Joel P Fonferko    on behalf of Creditor    Indymac Federal Bank F.S.B. ND-One@il.cslegal.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr   jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Ronald J. Kapustka    on behalf of Creditor    860-862 West Lill Condominium Association
           ndaily@ksnlaw.com,    bankruptcy@ksnlaw.com
          Thomas W Drexler    on behalf of Debtor Seth E Felman td@drexlaw.com,   drexler321@gmail.com
          Timothy J. Howard    on behalf of Creditor    Centrue Bank thoward@howardandhoward.com,
           psepich@howardandhoward.com
                                                                                             TOTAL: 12
```