UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
FELMAN, SETH E § Case No. 08-33634
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on           . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Joseph A. Baldi_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Acorn Property Management 1819 W. Grand Ave, Suite 200 Chicago, IL  60622 |  |  |  |  |  |
|  | Centrue Bank 310 S. Schuyler Kankakee, IL  60901 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | G M A C P O Box 9001951 Louisville, KY  40290 | | | | | |
| | Harris N.A. P.O. Box 94033 Palatine, IL  60094 | | | | | |
| | Howard & Howrd Attorneys PC One Technology Plaza 211 Fulton Street, Suite 600 Peoria, IL  61602 | | | | | |
| | Indymac Bank 6900 Beatrice Dr Kalamazoo, MI  49009 | | | | | |
| | Indymac Bank 6900 Beatrice Dr Kalamazoo, MI  49009 | | | | | |
| | Indymac Bank FSB C/O Codilis & Associates 15 W. 030 North Frontage Rd, Suite 100 Park Ridge, IL  60527 | | | | | |
| | Mission Hills Condominium T-F Assoc. C/O Michael C. Kim 19 S. LaSalle, Suite 303 Chicago, IL  60603 | | | | | |
| | U.S. Bank Illinois-Chicago Indirect Lending P.O. Box 790179 St. Louis, MO  63179 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual P.O. Box 9001123 Louisville, KY 40290 | | | | | |
| | Wells Fargo Bank 711 W Broadway Rd Tempe, AZ 85282 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allison Dubois Felman 968 Stonegate Highland Park, IL 60035 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T/Cingular C/O I.C. System Inc. 444 Highway 96 E Saint Paul, MN  55127-2557 | | | | | |
| | Aa Action Collection Re: Sage Medical 517 S Livingston Ave Livingston, NJ  07039 | | | | | |
| | Armor Systems Co Re: City Of Highland Park 1700 Kiefer Dr Ste 1 Zion, IL  60099 | | | | | |
| | Armor Systems Co Re: City Of Highland Park 1700 Kiefer Dr Ste 1 Zion, IL  60099 | | | | | |
| | Armor Systems Co Re: City Of Highland Park 1700 Kiefer Dr Ste 1 Zion, IL  60099 | | | | | |
| | Armor Systems Co Re: Deerfield Police Department 1700 Kiefer Dr Ste 1 Zion, IL  60099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baron's Creditor's Services Corp Re: Harris NA 155 Revere Dr, Suite 9 Northbrook, IL  60062 | | | | | |
| | Beneficial/hfc Po Box 1547 Chesapeake, VA  23327 | | | | | |
| | Best Buy P.O. Box 17051 Baltimore, MD  21297 | | | | | |
| | Bk Of Amer Pob 17054 Wilmington, DE  19884 | | | | | |
| | CTLTC 4240 Paysphere Circle Chicago, IL  60674 | | | | | |
| | Chase P.O. Box 260180 Baton Rouge, LA  70826 | | | | | |
| | Chase P.O. Box 260180 Baton Rouge, LA  70826 | | | | | |
| | Chicago Title Land Trust Company 171 N Clark St Suite 575 Chicago, IL  60601 | | | | | |
| | ComEd Bill Payment Center Chicago, IL  60668-0002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Counseling Connections 31480 N. Highway 45 Libertyville, IL 60048 | | | | | |
| | Direct TV P.O. Box 9001069 Louisville, KY 40290 | | | | | |
| | East Bank Club Lock Box 4452 Carol Stream, IL 60197 | | | | | |
| | Great Lakes Currency Exchange 832 W. Fullerton Ave Chicago, IL 60614 | | | | | |
| | HFC P.O. Box 17574 Baltimore, MD 21297-1574 | | | | | |
| | Harris N.A. P.O. Box 94033 Palatine, IL 60094 | | | | | |
| | Howard Rosenfeld Rosenfeld, Hafron, Shapiro & Farmer 221 N. LaSalle, Suite 1763 Chicago, IL 60610 | | | | | |
| | Hsbc/saks 140 W Industrial Dr Elmhurst, IL 60126 | | | | | |
| | I.C. System, Inc. P.O. Box 64378 St. Paul, MN 55164 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Se Re: St. Joseph Hospital 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | J.C. Christensen & Associates, Inc. Re: Hazelden P.O. Box 519 Sauk Rapids, MN 56379 | | | | | |
| | Leonard Saltzman DDS 225 E. Deerpath Road Lake Forest, IL 60045 | | | | | |
| | Mission-Brook Sanitary District P.O. Box 2362 Northbrook, IL 60065 | | | | | |
| | People's Gas Chicago, IL 60687-0001 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Picker And Associates 1110 Lake Cook Rd Suite 301 Buffalo Grove, IL 60089 | | | | | |
| | Rose Gomez M.D.P.C. 875 N. Michigan Ave Suite 3710 Chicago, IL 60611 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wffnatbank Po Box 94498 Las Vegas, NV  89193 | | | | | |
| 000003 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000004 | ASSOCIATED CURRENCY EXCHANGE | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000001 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000005 | TIMOTHY J HOWARD | | | | | |
| 000006 | LEON A. FELMAN FAMILY TRUST | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-33634 | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FELMAN, SETH E | | Date Filed (f) or Converted (c): | 12/09/08 (f) |
| | | | 341(a) Meeting Date: | 01/21/09 |
| For Period Ending: | 04/15/14 | | Claims Bar Date: | 04/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1852 Mission Hills Ln., Unit 10B, Northbrook, IL | 389,000.00 | 0.00 | | 0.00 | FA |
| Property sold at foreclosure sale | | | | | |
| 2. 862 W. Lill, Unit 8, Chicago, IL | 430,000.00 | 0.00 | | 0.00 | FA |
| Stay Modified per order | | | | | |
| 3. 968 Stonegate, Highland Park, IL | 430,000.00 | 0.00 | | 0.00 | FA |
| former marital residence, no equity | | | | | |
| 4. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods and Furnishings | 25,000.00 | 0.00 | | 2,500.00 | FA |
| (1/2 interest-located in former marital residence) | | | | | |
| 6. household goods in debtor's possession | 750.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Baron Woods, LLC 30% interest | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. Blue Leave Investments, Inc., 100% of stock | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Donald Thomas, LLC 25% interest | Unknown | 0.00 | OA | 0.00 | FA |
| 11. Drew-Mason, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. J. Ruffman, LLC--30% interest | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 13. Jack F. Kellogg, LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 14. Jacqueline Madigan, LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 15. Owens K. Thomas, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 16. Thmas K. Owens - 12.5% interest | Unknown | 0.00 | OA | 0.00 | FA |
| 17. Other Contingent Unliquidated Claim | Unknown | 0.00 | | 0.00 | FA |
| James Levin, Debt owed, gross balance of $35,000, collectibility questionable (per schedules) | | | | | |
| 18. 2006 Mercedes SL 500 | 55,000.00 | 0.00 | | 0.00 | FA |
| 19. 2007 GMC Denali | 0.00 | 0.00 | | 0.00 | FA |
| leased (under spouse's name) | | | | | |

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 17.05c

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 08-33634 | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | FELMAN, SETH E | | Date Filed (f) or Converted (c): | 12/09/08 (f) |
| | | | 341(a) Meeting Date: | 01/21/09 |
| | | | Claims Bar Date: | 04/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. 2007 GMC Sierra 4x4 | 40,000.00 | 0.00 | | 0.00 | FA |
| 21. 2007 Honda Odyssey (leased) | 0.00 | 0.00 | | 0.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.74 | FA |
| TOTALS (Excluding Unknown Values) | $1,390,350.00 | $0.00 | | $2,500.74 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired attorneys; Tustee obtained court authority to sell estate's interest in miscellaneous personal property; Trustee investigated assets and possible interest in LLCs holding real estate; Trustee determined no value to estate and abandonned per court order 6/26/13; Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 09/30/13

FORM 2

Page: 1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33634 -CAD | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | FELMAN, SETH E | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6693  Checking Account |
| Taxpayer ID No: | *******9022 |  |  |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |

|  | Account *******6693 | Balance Forward | 0.00 |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| 0 |  | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 |  | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
|  |  |  |  | 0 | Transfers Out | 0.00 |
|  |  | Subtotal | $ 0.00 |  |  |  |
|  |  |  |  |  | Total | $ 0.00 |
| 0 |  | Adjustments In | 0.00 |  |  |  |
| 0 |  | Transfers In | 0.00 |  |  |  |
|  |  | Total | $ 0.00 |  |  |  |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.05c

FORM 2          Page: 2    Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FELMAN, SETH E | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6367 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/10 | 5 | DDH Consulting LLC<br>926 Waterford Lane<br>Northbrook IL 60062 | Ex-Spouse's Purchase of Personalty | 1129-000 | 2,500.00 | | 2,500.00 |
| 05/28/10 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 2,500.02 |
| 06/30/10 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,500.09 |
| 07/30/10 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,500.15 |
| 08/31/10 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,500.22 |
| 09/30/10 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,500.28 |
| 10/29/10 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,500.34 |
| 11/30/10 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,500.41 |
| 12/31/10 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,500.47 |
| 01/31/11 | 22 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,500.53 |
| 02/28/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,500.55 |
| 03/16/11 | | Transfer to Acct #*******6836 | Bank Funds Transfer | 9999-000 | | 3.48 | 2,497.07 |
| 03/31/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,497.09 |
| 04/29/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,497.11 |
| 05/31/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,497.13 |
| 06/30/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,497.15 |
| 07/29/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,497.17 |
| 08/31/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,497.19 |
| 09/30/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,497.21 |
| 10/31/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,497.23 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.18 | 2,494.05 |
| 11/30/11 | 22 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,494.07 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.07 | 2,491.00 |
| 12/14/11 | 22 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,491.01 |
| 12/14/11 | | Transfer to Acct #*******6836 | Final Posting Transfer<br>To close MM in order to have one estate account | 9999-000 | | 2,491.01 | 0.00 |

LFORM2T4    UST Form 101-7-TDR (5/1/2011) *(Page: 15)*          Ver: 17.05c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-33634 -CAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | FELMAN, SETH E | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6367  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9022 | | |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account *******6367        Balance Forward         0.00
              1   Deposits              2,500.00      0   Checks                 0.00
             20   Interest Postings         0.74      2   Adjustments Out        6.25
                                                     2   Transfers Out      2,494.49
                    Subtotal        $  2,500.74
                                                         Total          $   2,500.74
              0   Adjustments In           0.00
              0   Transfers In             0.00

                    Total           $  2,500.74
```

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FELMAN, SETH E | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6836 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6367 | Bank Funds Transfer | 9999-000 | 3.48 | | 3.48 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | 2300-000 | | 3.48 | 0.00 |
| | | 701 Poydras Street #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 12/14/11 | | Transfer from Acct #*******6367 | Transfer In From MMA Account | 9999-000 | 2,491.01 | | 2,491.01 |
| | | | To close MM in order to have one estate account | | | | |
| 12/29/11 | | Transfer to Acct #*******2871 | Bank Funds Transfer | 9999-000 | | 2,491.01 | 0.00 |

|  | Account *******6836 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | | Deposits | 0.00 | 1 | Checks | 3.48 |
| 0 | | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 2,491.01 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 2,494.49 |
| 0 | | Adjustments In | 0.00 | | | |
| 2 | | Transfers In | 2,494.49 | | | |
| | | Total | $ 2,494.49 | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Ver: 17.05c

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | FELMAN, SETH E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2871 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******6836 | Bank Funds Transfer | 9999-000 | 2,491.01 | | 2,491.01 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 1.97 | 2,489.04 |
| 02/07/13 | 001002 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 2.01 | 2,487.03 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 2,497.03 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 2,487.03 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 2,477.03 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 2,467.03 |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 2,457.03 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Ver: 17.05c

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FELMAN, SETH E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2871 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment.  ~JMM 7.9.13 | 2600-000 | | 10.00 | 2,447.03 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 2,437.03 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 2,427.03 |
| 12/16/13 | 001003 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street<br>Suite 200<br>Chicago, Illinois  60602 | Trustee Compensation | 2100-000 | | 82.14 | 2,344.89 |
| 12/16/13 | 001004 | Baldi Berg & Wallace, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | | | 2,344.89 | 0.00 |
| | | | Fees           2,323.21 | 3110-000 | | | |
| | | | Expenses           21.68 | 3120-000 | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 19)

Ver: 17.05c

FORM 2

Page: 7

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33634 -CAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | FELMAN, SETH E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2871  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9022 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2871

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 4 | Checks | 2,431.01 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 60.00 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 2 | Adjustments In | 0.00 | | Total | $ 2,491.01 |
| 1 | Transfers In | 2,491.01 | | | |
| | Total | $ 2,491.01 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 2,500.00 | 5 | Checks | 2,434.49 |
| 20 | Interest Postings | 0.74 | 8 | Adjustments Out | 66.25 |
| | Subtotal | $ 2,500.74 | 3 | Transfers Out | 4,985.50 |
| 2 | Adjustments In | 0.00 | | Total | $ 7,486.24 |
| 3 | Transfers In | 4,985.50 | | | |
| | Total | $ 7,486.24 | | Net Total Balance | $ 0.00 |